# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PETER CRIMMINS,**

              **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No.  6:06-cv-208-Orl-19UAM**

**J & F BUCHANAN,  INC., d/b/a Ormond Repair Center, CLARA F. BUCHANAN,**

              **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motions:

> **MOTION:**　　**JOINT MOTION TO APPROVE CONSENT JUDGMENT (Doc. No. 31)**
>
> **FILED:**　　July 3, 2007
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED** without prejudice.

> **MOTION:**　　**MOTION TO APPROVE SETTLEMENT (Doc. No. 34)**
>
> **FILED:**　　July 25, 2007
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED** without prejudice.

    Plaintiff sued Defendants in this action for alleged violation of the Fair Labor Standards Act.

On July 3, 2007, the parties filed a joint motion to approve consent judgment.  Doc. 31.  As the

proposed consent judgment was based on a settlement agreement, the Court directed the parties to file supplemental information so the Court could determine whether the settlement was a fair and reasonable resolution of a bona fide dispute as required by *Lynn's Food Stores, Inc. v. United States, U.S. Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982). Doc. 33.

In response to the Court's order to file supplemental information, the parties instead filed a motion to approve the settlement. Doc. 34. Although the parties filed a copy of the settlement agreement, the settlement agreement fails to state how much Defendant is paying Plaintiff for back wages and how much is being paid to Plaintiffs' counsel for attorneys' fees and costs. This information was specifically required by the Court's prior order. Doc. 33. The Court issued a second order directing compliance with its prior order and to file the information designated by the Court. Doc. 36.

The parties were given until August 13, 2007, to comply. Doc. 36. To date, the parties have failed to provide sufficient information to the Court to conduct the analysis required by *Lynn's Food Stores*.

**IT IS RECOMMENDED** that the Court deny without prejudice both [31] joint motion to approve consent judgment and [34] motion to approve settlement.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 17, 2007.

*Donald P. Dietrich*
DONALD P. DIETRICH
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable Patricia C. Fawsett