**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PETER CRIMMINS,

    Plaintiff,

vs.                                                         CASE NO. 6:06-CV-208-ORL-19UAM

J & F BUCHANAN, INC., d/b/a Ormond
Repair Center, CLARA F. BUCHANAN,

    Defendants.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 37, filed August 17, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 37) is **ADOPTED and AFFIRMED.** The Joint Motion to Approve Consent Judgment (Doc. No. 31, filed July 3, 2007) and the Motion to Approve Settlement (Doc. No. 34, filed July 25, 2007) are **DENIED** without prejudice.

**DONE AND ORDERED** at Orlando, Florida, this ___15th___ day of September, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record